The People of the State of Illinois, defendant in error, v. Rosie Williams, plaintiff in error. Gen. No. 8,004.

Opinion filed November 15, 1929. Rehearing denied February 4, 1930.

George T. Liddell, for plaintiff in error. William D. Knight, State's Attorney, and Alfred B. Louison, Assistant State's Attorney, for defendant in error.

Mr. Justice Jett delivered the opinion of the court.